IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KAY HAMPTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 3:10-0855 |
| | ) Judge Trauger |
| THE PRUDENTIAL INSURANCE COMPANY | ) |
| OF AMERICA, THE MELLON BANK LONG | ) |
| TERM DISABILITY PLAN, and THE | ) |
| CORPORATE BENEFITS COMMITTEE OF | ) |
| MELLON BANK CORPORATION, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

The Proposed Case Management Order submitted by the parties (Docket No. 14) is satisfactory with the court. Therefore, there is no need for an initial case management conference, and the conference scheduled for December 6, 2010 is **CANCELLED**. The Motion Of Plaintiff Kay Hampton And Defendant The Prudential Life Insurance Company of America to Excuse Counsel From Attending The Case Management Conference (Docket No. 15) is **DENIED AS MOOT**.

It is so **ORDERED**.

ENTER this 2nd day of December 2010.

_____
ALETA A. TRAUGER
U.S. District Judge