IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| KAY HAMPTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:10-0855 |
| | ) | Judge Trauger |
| THE PRUDENTIAL INSURANCE COMPANY | ) | |
| OF AMERICA, THE MELLON BANK LONG | ) | |
| TERM DISABILITY PLAN, and THE | ) | |
| CORPORATE BENEFITS COMMITTEE OF | ) | |
| MELLON BANK CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

The parties have filed a Notice of Settlement (Docket Entry No. 31) that this case has settled. It is hereby **ORDERED** that a stipulation of dismissal or other settlement document shall be filed within twenty (20) days of the entry of this Order.

It is so **ORDERED**.

ENTER this 11th day of April 2011.

_____
ALETA A. TRAUGER
U.S. District Judge